DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**POLARHYDE DISTRIBUTION CORPORATION,**
Appellant,

v.

**FFR SE, LLC,**
Appellee.

No. 4D18-2329

[October 24, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502017CA004398XXXXMB.

Sean P. O'Connor of Law Office of Sean P. O'Connor, P.A., Homestead, for appellant.

Jordan S. Cohen of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J. and WARNER, GROSS, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***